IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BLUEBONNET TELECOMMUNICATIONS L.L.C.,<br><br>   Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS AMERICA INC. AND SAMSUNG TELECOMMUNICATIONS AMERICA LLC,<br><br>   Defendants. | CIVIL ACTION NO. 2:13-CV-504 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Fed. R. Civ. P., Plaintiff, Bluebonnet Telecommunications L.L.C. hereby discloses that it has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

Dated: June 18, 2013

Respectfully submitted,

/s/ Califf T. Cooper by permission Elizabeth L. DeRieux
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Califf T. Cooper
Texas Bar No. 24055345
califf@ahtlawfirm.com
ANTONELLI, HARRINGTON & THOMPSON LLP
4200 Montrose Blvd., Ste. 430
Houston, TX 77006
(713) 581-3000

1

S. Calvin Capshaw, III
State Bar No. 03783900
Email: ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
Email: ederieux@capshawlaw.com
D. Jeffrey Rambin
State Bar No. 00791478
Email: jrambin@capshawlaw.com
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

*Attorneys for Bluebonnet Telecommunications L.L.C.*