AO 440 (Rev. 06/12) Summons in a Civil Action

FILED-CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

2013 OCT 22 PM 12: 28

EASTERN-MARSHALL

BY _____

| | |
|---|---|
| BLUEBONNET TELECOMMUNICATIONS L.L.C. <br><br> *Plaintiff(s)* <br> v. <br> SAMSUNG ELECTRONICS AMERICA INC. AND SAMSUNG TELECOMMUNICATIONS AMERICA LLC <br><br> *Defendant(s)* | Civil Action No. 2:13-CV-504-JRG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SAMSUNG ELECTRONICS AMERICA INC., by and through its Registered Agent for Process
CT Corporation System
350 N. St. Paul Street, Ste. 2900
Dallas, TX 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Matthew J. Antonelli, ANTONELLI, HARRINGTON & THOMPSON LLP, 4200 Montrose Blvd., Ste. 430, Houston, TX 77006, Tel: (713) 581-3000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __10/10/13__

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:13-CV-504-JRG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Samsung Electronics America, Inc. c/o CT Corporation
was received by me on *(date)* 10/11/2013 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Marie Garcia , who is
designated by law to accept service of process on behalf of *(name of organization)* CT Corporation System as
Registered Agent, 350 N. St. Paul Dallas, TX 75201 on *(date)* 10/11/2013 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/11/2013

*Server's signature*

Lee H. Russell, Process Server
*Printed name and title*

Sunbelt Reporting & Litigation Services
100 E. Ferguson, Suite 900
Tyler, TX 75702

*Server's address*

Additional information regarding attempted service, etc: