**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| BLUEBONNET TELECOMMUNICATIONS, L.L.C., <br><br>   Plaintiff, <br><br>   v. <br><br> SAMSUNG ELECTRONICS AMERICA, INC., ET AL, <br><br>   Defendants. | CIVIL ACTION NO. 2:13-cv-504 <br><br> **<u>JURY TRIAL DEMANDED</u>** |

**<u>NOTICE OF ATTORNEY APPEARANCE</u>**

Notice is hereby given that the undersigned attorney, Cory C. Johnson, enters his appearance in this matter as counsel for Plaintiff, Bluebonnet Telecommunications, LLC, for the purpose of receiving notices and orders from the Court.

Dated: October 23, 2013               Respectfully submitted,

/s/ Cory C. Johnson
Cory C. Johnson
Texas Bar No. 24046162
cory@ahtlawfirm.com
ANTONELLI, HARRINGTON & THOMPSON LLP
4200 Montrose Blvd., Ste. 430
Houston, TX 77006
(713) 581-3000
(713) 581-3020 fax

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of October, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Cory C. Johnson
Cory C. Johnson