UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.:

Name of party requesting extension:

| Is this the first application for extension of time in this case? | Yes |
| --- | --- |
| | No |
| If no, please indicate which application this represents: | Second |
| | Third |
| | Other _____ |

Date of Service of Summons:   (Amended Complaint filed 11/07/2013)

Number of days requested:   30 days

   15 days

   Other _____ days

New Deadline Date:   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

   Full Name:
   State Bar No.:
   Firm Name:
   Address:



   Phone:
   Fax:
   Email:

A certificate of conference does not need to be filed with this unopposed application.