**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| BLUEBONNET TELECOMMUNICATIONS, L.L.C., | |
| Plaintiff, | CIVIL ACTION NO. 2:13-cv-504 |
| v. | **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS AMERICA, INC., ET AL, | |
| Defendants. | |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Larry D. Thompson, Jr., enters his appearance in this matter as counsel for Plaintiff, Bluebonnet Telecommunications, LLC, for the purpose of receiving notices and orders from the Court.


Dated: December 3, 2013                    Respectfully submitted,

                                           /s/ Larry D. Thompson, Jr.
                                           Larry D. Thompson, Jr.
                                           Texas Bar No. 24051428
                                           larry@ahtlawfirm.com
                                           ANTONELLI, HARRINGTON &
                                           THOMPSON LLP
                                           4200 Montrose Blvd., Ste. 430
                                           Houston, TX 77006
                                           (713) 581-3000
                                           (713) 581-3020 fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December, 2013, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send notification

of such filing to all counsel of record.

/s/ Larry D. Thompson, Jr.
Larry D. Thompson, Jr.