**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| BLUEBONNET TELECOMMUNICATIONS, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS AMERICA, INC., ET AL, <br><br> Defendants. | CIVIL ACTION NO. 2:13-cv-504 <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Matthew Antonelli, enters his appearance in this matter as counsel for Plaintiff, Bluebonnet Telecommunications, LLC, for the purpose of receiving notices and orders from the Court.


Dated: December 3, 2013  Respectfully submitted,

/s/ Matthew Antonelli
Matthew Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
ANTONELLI, HARRINGTON & THOMPSON LLP
4200 Montrose Blvd., Ste. 430
Houston, TX 77006
(713) 581-3000
(713) 581-3020 fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Matthew Antonelli
Matthew Antonelli