IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BLUEBONNET, TELECOMMUNICATIONS, L.L.C. <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, <br><br> Defendants. | Civil Action No.: 2:13-cv-00504-JRG <br><br> **JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER ON DEFENDANTS SAMSUNG ELECTRONICS AMERICA, INC.'S AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC'S MOTION TO DISMISS PLAINTIFF'S INDIRECT INFRINGEMENT AND WILLFUL INFRINGEMENT CLAIMS

After full consideration of Defendants Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC's Motion to Dismiss for Failure to State a Claim, the Court has determined that the Motion should be and is GRANTED. Plaintiff's claims for inducement of infringement, contributory infringement, and willful infringement are DISMISSED.