IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BLUEBONNET, TELECOMMUNICATIONS, L.L.C. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No.: 2:13-cv-504-JRG<br>) |
| SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | ) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF APPEARANCE OF COUNSEL FOR SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

Notice is hereby given that the undersigned attorney, Mark G. Davis of Greenberg Traurig, LLP, is entering an appearance in this action as counsel for Defendants Samsung Electronics America, Inc. ("SEA") and Samsung Telecommunications America, LLC ("STA"), for the purpose of receiving notices and orders from the Court.

Dated: January 2, 2014

                                        Respectfully submitted,

                                        **GREENBERG TRAURIG, LLP**

                                        By: /s/ *Mark G. Davis*

                                        Mark G. Davis (Lead Attorney)
                                        DC Bar No. 412228 (admitted ED Tex.)
                                        Kakoli Caprihan
                                        DC Bar No. 484152 (ED Tex. admission pending)
                                        Greenberg Traurig, LLP
                                        2101 L Street, N.W.
                                        Suite 1000
                                        Washington, DC 20037
                                        Tel: (202) 331-3100
                                        Fax: (202) 331-3101

davisma@gtlaw.com
caprihank@gtlaw.com

Joshua L. Raskin
NY State Bar No. 2816783 (ED Tex. admission pending)
Julie P. Bookbinder
NY State Bar No. 4375259 (admitted ED Tex.)
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 801-9200
Fax: (212) 801-6400
raskinj@gtlaw.com
bookbinderj@gtlaw.com

Nicholas A. Brown
CA State Bar No. 198210 (admitted ED Tex.)
Greenberg Traurig, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
Tel: (415) 655-1300
Fax: (415) 520-5609
brownn@gtlaw.com


Annapoorni R. Sankaran
Texas State Bar No. 24071918
1000 Louisiana, Suite 1700
Houston, Texas 77002
Tel: (713) 374-3500
Fax: (713) 374-3505
sankarana@gtlaw.com


*Attorneys for Defendants Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC*

## CERTIFICATE OF SERVICE

   I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on January 2, 2014. Any other counsel of record will be served by electronic mail.

                 /s/ *Mark G. Davis*
                 Mark G. Davis