IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BLUEBONNET, TELECOMMUNICATIONS, L.L.C. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No.: 2:13-cv-504-JRG<br>)<br>) **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS AMERICA, INC. and<br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

NOTICE OF APPEARANCE OF COUNSEL FOR SAMSUNG ELECTRONICS
AMERICA, INC. AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

Notice is hereby given that the undersigned attorney, Julie P. Bookbinder of Greenberg Traurig, LLP, is entering an appearance in this action as counsel for Defendants Samsung Electronics America, Inc. ("SEA") and Samsung Telecommunications America, LLC ("STA") for the purpose of receiving notices and orders from the Court.

Dated: January 2, 2014

                Respectfully submitted,

                **GREENBERG TRAURIG, LLP**

                By: /s/ *Julie P. Bookbinder*

                Joshua L. Raskin
                NY State Bar No. 2816783 (ED Tex. admission pending)
                Julie P. Bookbinder
                NY State Bar No. 4375259 (admitted ED Tex.)
                Greenberg Traurig, LLP
                200 Park Avenue
                New York, NY 10166
                Tel: (212) 801-9200
                Fax: (212) 801-6400
                raskinj@gtlaw.com

bookbinderj@gtlaw.com

Nicholas A. Brown
CA State Bar No. 198210 (admitted ED Tex.)
Greenberg Traurig, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
Tel: (415) 655-1300
Fax: (415) 520-5609
brownn@gtlaw.com

Mark G. Davis (Lead Attorney)
DC Bar No. 412228 (admitted ED Tex.)
Kakoli Caprihan
DC Bar No. 484152 (ED Tex. admission pending)
Greenberg Traurig, LLP
2101 L Street, N.W.
Suite 1000
Washington, DC 20037
Tel: (202) 331-3100
Fax: (202) 331-3101
davisma@gtlaw.com
caprihank@gtlaw.com

Annapoorni R. Sankaran
Texas State Bar No. 24071918
1000 Louisiana, Suite 1700
Houston, Texas 77002
Tel: (713) 374-3500
Fax: (713) 374-3505
sankarana@gtlaw.com

*Attorneys for Defendants Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on January 2, 2014. Any other counsel of record will be served by electronic mail.

                                                        /s/ *Julie P. Bookbinder*
                                                         Julie P. Bookbinder